# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CRAIG HAGGADONE,

       Plaintiff,                    Civil Case Number: 06-10164

v.                                            JUDGE PAUL D. BORMAN
                                              MAG. JUDGE VIRGINIA MORGAN
JO ANNE B. BARNHART, COMMISSIONER    UNITED STATES DISTRICT COURT
OF SOCIAL SECURITY,

       Respondent.
_____ /

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DOC. NO. 18)

     Before the Court is the Magistrate Judge's Report and Recommendation in favor of granting Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment. Having reviewed that Report and Recommendation and Plaintiff's objections thereto, the Court enters as its findings and conclusions the Report and Recommendation granting Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment.

     **SO ORDERED.**

                                                 s/Paul D. Borman
                                                 PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: November 1, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 1, 2006.

                                              s/Denise Goodine
                                              Case Manager