UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRAIG HAGGADONE,

    Plaintiff,

  v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

CIVIL ACTION NO. 06-10164

HON. PAUL D. BORMAN

## JUDGMENT

This action came before the Court, Honorable Paul D. Borman, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered,

It is **ORDERED** and **ADJUDGED** that defendant's motion for summary judgment is **GRANTED** and plaintiff's motion for summary judgment is **DENIED** and the case **DISMISSED.**

Dated at Detroit, Michigan   November 1, 2006   .

                                DAVID WEAVER
                                CLERK OF THE COURT

                                s/Denise Goodine
                                Denise Goodine
                                Deputy Clerk